**FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-22-0000754**
**18-NOV-2025**
**09:04 AM**
**Dkt. 158 OCOR**

NO. CAAP-22-0000754

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
CASEY BIBBS, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 2CPC-19-0000832)

ORDER OF CORRECTION
(By: Wadsworth, J.)

IT IS HEREBY ORDERED that the Opinion of the Court filed on September 22, 2025, is corrected as follows:

On page 2, at the beginning of the 11th line of the second paragraph, insert an underline to the space between the words "See," and "e.g.," so that the line reads:

See, e.g., Or. Firearms Fed'n v. Kotek, 682 F. Supp. 3d 874,

On page 8, in the second full paragraph, line 2, delete the comma after the number "8," so that the line reads:

Count 8 because testimony by Officer Matsuo had indicated that

On page 12, in the second line from bottom, the word "with" is deleted and replaced with the word "within," so that the line reads:

LCM — fell within the Second Amendment's plain text. Only if Bibbs

On page 14, in line 3 of the first full paragraph, the word "with" is deleted and replaced with the word "within," so that the line reads:

accessory.  LCMs themselves do not fall within the broad definition

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this correction.

DATED:  Honolulu, Hawaiʻi, November 18, 2025.

/s/ Clyde J. Wadsworth
Associate Judge